# United States District Court
# Northern District of Illinois – CM/ECF NextGen 1.7.1.1 (Chicago)
# CIVIL DOCKET FOR CASE #: 1:23−cv−05205

| | |
|---|---|
| Klass et al v. 3M Company et al | Date Filed: 08/07/2023 |
| Assigned to: Honorable Joan H. Lefkow | Date Terminated: 08/28/2023 |
| Demand: $75,000 | Jury Demand: Both |
| Case in other court: Circuit Court of Cook County, Illinois, 2023L007714 | Nature of Suit: 360 P.I.: Other |
| | Jurisdiction: Diversity |
| Cause: 28:1441 Petition for Removal | |

**Plaintiff**

**Eric Klass**            represented by   **Britney Pennycook**
Corboy & Demetrio
33 North Dearborn Street
21st Floor
Chicago, IL 60602
(312) 346−3191
Email: brp@corboydemetrio.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Elizabeth Klass**          represented by   **Britney Pennycook**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**3M Company**          represented by   **Daniel Leslie Ring**
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60606
(312) 782−0600
Email: DRing@mayerbrown.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**AGC Chemicals Americas Inc.**

**Defendant**

**Archroma U.S. Inc.**

**Defendant**

**Arkema, Inc.**

**Defendant**

**Buckeye Fire Equipment Company**

**Defendant**

**Carrier Global Corporation**

**Defendant**

**Chemguard, Inc.**

**Defendant**

**Dynax Corporation**

**Defendant**

**E. I. Du Pont De Nemours & Co., Inc.**

**Defendant**

**Fire–Dex, LLC**

**Defendant**

**Fire Service Plus, Inc.**

**Defendant**

**Globe Manufacturing Company LLC**

**Defendant**

**Honeywell Safety Products USA, Inc.**

**Defendant**

**Johnson Controls, Inc.**

**Defendant**

**Lion Group, Inc.**

**Defendant**

**Mine Safety Appliance Company, LLC**

**Defendant**

**National Foam, Inc.**

**Defendant**

**PBI Performance Products, Inc.**

**Defendant**

**Perimeter Solutions, LP**

**Defendant**

**Stedfast USA, Inc.**

**Defendant**

**Tencate Protective Fabrics USA**
*doing business as*
Southern Mills Inc.

**Defendant**

**The Chemours Company L.L.C.**

**Defendant**

**Tyco Fire Products, LP**

**Defendant**

**W.L. Gore & Associates Inc.**

**Defendant**

**Amerex Corporation**


V.

**Respondent**

**Air One Equipment, Inc.**
*an Illinois corporation*


| Date Filed | # | Docket Text |
|---|---|---|
| 08/07/2023 | ï 1 | NOTICE of Removal from Circuit Court, case number (2023L007714) filed by 3M Company Filing fee $ 402, receipt number AILNDC–20905865. (Attachments: # 1 Exhibit A – Complaint)(Ring, Daniel) (Entered: 08/07/2023) |
| 08/07/2023 | ï 2 | CIVIL Cover Sheet (Ring, Daniel) (Entered: 08/07/2023) |
| 08/07/2023 | ï 3 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by 3M Company (Ring, Daniel) (Entered: 08/07/2023) |
| 08/07/2023 | ï 4 | ATTORNEY Appearance for Defendant 3M Company by Daniel Leslie Ring (Ring, Daniel) (Entered: 08/07/2023) |
| 08/08/2023 | ï | CASE ASSIGNED to the Honorable Joan H. Lefkow. Designated as Magistrate Judge the Honorable Heather K. McShain. Case assignment: Random assignment. (mek) (Entered: 08/08/2023) |
| 08/09/2023 | ï 5 | MINUTE entry before the Honorable Joan H. Lefkow: Initial status hearing is set for 10/11/2023 at 9:30 a.m. in courtroom 2201. Mailed notice (ags) (Entered: 08/09/2023) |
| 08/11/2023 | ï | CLERK'S NOTICE: Pursuant to Local Rule 73.1(b), a United States Magistrate Judge of this court is available to conduct all proceedings in this civil action. If all parties consent to have the currently assigned United States Magistrate Judge conduct all proceedings in this case, including trial, the |

|  |  |  |
|---|---|---|
|  |  | entry of final judgment, and all post–trial proceedings, all parties must sign their names on the attached Consent To form. This consent form is eligible for filing only if executed by all parties. The parties can also express their consent to jurisdiction by a magistrate judge in any joint filing, including the Joint Initial Status Report or proposed Case Management Order. (jg, ) (Entered: 08/11/2023) |
| 08/15/2023 | 6 | MAILED Notice of Removal letter to counsel of record. (jg, ) (Entered: 08/15/2023) |
| 08/28/2023 |  | ***Civil Case Terminated pursuant to MDL 2873 Conditional Transfer Order filed 8/28/2023. (jh, ) (Entered: 08/29/2023) |
| 08/28/2023 | 7 | CONDITIONAL TRANSFER ORDER from MDL Panel transferring case to United States District Court for the District of South Carolina. (jh, ) (Entered: 08/29/2023) |
| 08/29/2023 | 8 | TRANSFERRED to the United States District Court for the District of South Carolina, the electronic record. (jh, ) (Entered: 08/29/2023) |